## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPFS CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:24-cv-00008-RGA ) |
| OCEAN BIOMEDICAL, INC., | ) ) |
| Defendant. | ) ) |

### ORDER

Upon consideration of IPFS Corporation's Motion for an Order to Show Cause Why Defendant Ocean Biomedical, Inc. Should Not be Held in Contempt for Violation of Court Order and for Sanctions (the "Motion"), the Defendant having failed to respond to the Motion or appear before this Court at the hearing on the Motion on March 18, 2025, it is by the United States District Court for the District of Delaware hereby

**ORDERED THAT** Defendant is held in contempt for failing to comply with this Court's Order of January 2, 2025, directing Defendant to respond to Plaintiff's Post-Judgment Discovery requests within 10 days; and it is further

**ORDERED THAT** Plaintiff's request for a daily monetary fine in the Motion is **GRANTED**. Defendant shall pay $500.00 per day to Plaintiff from the date of the entry of this Order until Defendant delivers to Plaintiff full and complete responses to discovery and compliance with this Court's directives, and judgment is **ENTERED** for such amounts.

IT IS SO ORDERED this 19th day of March, 2025

                                    /s/ Richard G. Andrews
                                  The Honorable Richard G. Andrews
                                  United States District Judge

WBD (US) 4914-3561-7579v1